468 A.2d 840

Commonwealth v. Smith, Appellant.
Petition for Allowance of Appeal
Denied April 6, 1984.

Submitted October 19, 1983. Bruce Alan Herald, for appellant; F. Hand, for Commonwealth, appellee.

Before McEWEN, BECK and MONTEMURO, JJ.

The order of the learned Chester County Common Pleas Court Judge Leonard Sugerman is affirmed.